IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| SIMPLEX MANUFACTURING CO., | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:11-cv-00224-JO |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| STEPHEN P. DANIELS, an individual, | ) | |
| | ) | |
| Defendant. | ) | |

    Allyson S. Krueger
    DUNN CARNEY ALLEN HIGGINS & TONGUE, LLP
    851 S.W. Sixth Avenue, Suite 1500
    Portland, OR 97204-1357

    David B. Ritter
    Michael F. Hughes
    NEAL GERBER & EISENBERG, LLP
    Two North LaSalle Street, Suite 1700
    Chicago, IL 60602

     Attorneys for Plaintiff

John W. Stephens
Michael J. Esler
ESLER STEPHENS & BUCKLEY
700 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204-2021

Terry Scannell
LAW OFFICE OF TERRY SCANNELL
888 S.W. Fifth Avenue, Suite 650
Portland, OR 97204

    Attorneys for Defendant

JONES, Judge:

    This action for breach of contract, unfair competition, and injunctive relief is before the court on defendant's motion (# 54) for summary judgment. Specifically, defendant seeks a determination as a matter of law that plaintiff's claims all fail for insufficient evidence that plaintiff suffered or will suffer damages as a result of defendant's actions.

    In seeking summary judgment solely on damages, defendant admits that "many of the operative facts alleged in the complaint are contested and may constitute issues of fact. . . ." Memorandum in Support of Defendant's Motion, p. 1. I decline at this juncture to reach past key issues of liability to address the adequacy of plaintiff's evidence of damages, as defendant proposes I do. If plaintiff has withheld discoverable evidence of damages, or if plaintiff indeed

lacks any evidence of damages whatsoever as defendant suggests,[1] the lack of evidentiary support will defeat plaintiff's claims at the time of trial. In the meantime, defendant's motion (# 54) is DENIED.

IT IS SO ORDERED.

DATED this 23 day of July, 2012.

ROBERT E. JONES
U.S. District Judge

---

[1] In any event, the record before me is not nearly as compelling on lack of damages as defendant contends.

3 - ORDER